# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN KRAUSE,<br><br>    Plaintiff,<br><br>vs.<br><br>BARCLAYS BANK DELAWARE, a federally chartered bank; and DOES 1 to 10, inclusive,<br><br>    Defendant(s). | Case No.: 13-cv-01734-MCE-AC<br><br>**STIPULATION AND ORDER DISMISSING ACTION IN ITS ENTIRETY WITH PREJUDICE** |

Pursuant to the parties' stipulation, ECF No. 17, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby DISMISSED WITH PREJUDICE in its entirety, which each party to bear his or its own costs and attorney's fees. The Clerk of the Court is directed to CLOSE this case.

    IT IS SO ORDERED.

**Dated:  April 11, 2014**

    _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT